IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02605-WYD-BNB

REGINA HENRY;
DAN HENRY;
SHERRI MILLER;
KRYSTAL SULLIVAN; and,
DELORES SULLIVAN

      Plaintiffs,

v.

BRIDGESTONE CORPORATION; and,
BRIDGESTONE FIRESTONE NORTH AMERICAN TIRE, LLC, formerly
      BRIDGESTONE/FIRESTONE, INC.

      Defendants.
_____

**ORDER FOR DISMISSAL WITH PREJUDICE**
_____

THIS MATTER having come before the Court upon the Plaintiffs' and Defendants' Joint Stipulation for Dismissal with Prejudice, filed November 13, 2006 (docket #44), the Court having read same and being fully advised in the premises;

IT IS HEREBY ORDERED that the above captioned action filed herein by Plaintiffs, and all causes of action arising therefrom, are **DISMISSED WITH PREJUDICE** as to Defendants Bridgestone Firestone North American Tire, LLC f/k/a Bridgestone/Firestone, Inc. and Bridgestone Corporation, each party to pay its own costs.

Dated: November 14, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge